# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APEX MORTGAGE CORP., a Pennsylvania Corporation, | Docket No.: |
| Plaintiff, | |
| v. | |
| AAPEX FINANCIAL GROUP, INC., d/b/a AAPEX MORTGAGE, a Florida Corporation, | FILED<br>JUN 18 2007<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |
| Defendant. | Civil Action |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Apex Mortgage Corp., a Pennsylvania corporation, has the following parent corporation(s) and publicly held corporation(s) that owns ten percent or more of its stock: Firstrust Savings Bank (100 percent).

Dated: Thursday, June 14, 2007

Alan C. Milstein - ACM2759
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Telephone: 856-662-0700
Facsimile: 856-488-4744
E-Mail: AMilstein@sskrplaw.com
*Attorneys for Plaintiff*
*Apex Mortgage Corp.*